

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-24-00169-CR

EX PARTE LACHARLES CURTIS

ORIGINAL PROCEEDING

May 17, 2024

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

LaCharles Curtis, proceeding pro se, filed documents with this Court titled "Injunction Relief in Improper Grand Jury Indictments," requesting dismissal of his pending criminal charges and release from incarceration. We have construed the documents as an application for writ of habeas corpus.

Intermediate courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (limiting original habeas jurisdiction of intermediate appellate courts to civil cases); *Ex parte Hawkins*, 885 S.W.2d 586, 588–89 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam). That jurisdiction instead rests with the Court of Criminal Appeals, the district courts, and the county courts.

*See* TEX. CODE CRIM. PROC. ANN. arts. 11.05, 11.08, 11.09; *Ex parte Hawkins*, 885 S.W.2d at 588.

Consequently, we dismiss Curtis' application for writ of habeas corpus for want of jurisdiction.

Per Curiam

Do not publish.